UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV 24 7908
MERCHANT, J.

REGINALD DALCIME
# 2024 001655

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

LOCKE, M. J.

JURY DEMAND

YES ✓ NO ______

-against-

NASSAU COUNTY SHERIFFS DEPT.
&
(SEE ANNEXED DEFENDANTS)

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2024 ★
LONG ISLAND OFFICE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2024 ★
LONG ISLAND OFFICE

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** REGINALD DALCIME

If you are incarcerated, provide the name of the facility and address:

(NCCC) NASSAU COUNTY CORRECTIONAL CENTER
100 CARMAN AVENUE
EAST MEADOW, NY 11554

Prisoner ID Number: # 2024001655

REC'D IN PRO SE OFFICE
NOV 13 '24 PM2:40



RECEIVED
NOV 13 2024
EDNY PRO SE OFFICE

If you are not incarcerated, provide your current address:

________________________________

________________________________

________________________________

Telephone Number: ________________________

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

SHERIFFS DEPT NASSAU COUNTY
Full Name

________________________
Job Title

100 CARMAN AVENUE
EAST MEADOW, NY 11554
Address

Defendant No. 2

MONIQUE KNIGHT
Full Name

GRIEVANCE COORDINATOR
Job Title

100 CARMAN AVE.
EAST MEADOW, NY 11554
Address

Defendant No. 3

JOHN DOE
Full Name

RELIGIOUS SUPERVISOR
Job Title

100 CARMAN AVE.

EAST MEADOW, NY 11554
Address

Defendant No. 4

JOHN DOE
Full Name

CHAPLIN / RABBI
Job Title

100 CARMAN AVE
EAST MEADOW, NY 11554
Address

Defendant No. 5

Full Name

Job Title

Address

**II. Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? NASSAU COUNTY CORRECTIONAL CENTER

When did the events happen? (include approximate time and date) 09.02.2024 (DURING THE MORNING -- THROUGH CURRENT DATE).

Facts: (what happened?) SEE ANNEXED PAGES # 01 & #02

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

THE STATE OF MY MENTAL HEALTH HAS DETERIOATED GREATLY AND I AM SUFFERING FROM DEPRESSION FROM BEING DENIED COUNCIL FROM THE RABBAI AND BEING DENIED ACCESS TO RELIGOUS BOOKS NEEDED (TORAH AND TALMUD). THIS IS VERY TRAUMATIZING..

ON OR ABOUT SEPTEMBER 02, 2024, I, THE AUTHOR OF THIS COMPLAINT, SUBMITTED THE THIRD (#03) "CHANGE OF RELIGION" FORM TO THE NASSAU COUNTY CORRECTIONAL CENTER ADMINISTRATORS. THE RELIGIOUS STATUS WAS INCORRECTLY AND RANDOMLY DOCUMENTED AT THE TIME OF INTAKE. THE CONSTITUENTS OF THE DEFENDANT ERRORONEOUSLY LISTED THE PLANTIFF (MYSELF), AS CATHOLIC. I AM HEBREW, AND I PRACTICE THE RELIGION OF JUDAISM. AFTER HEARING NO RESPONSE, AND THERE BEING NO CHANGE OF MY RELIGIOUS STATUS, I SUBMITED A GRIEVANCE (EXIBIT # 1), THEREIN THE GRIEVANCE COORDINATOR MADE A WRITTEN DECISION STATING THAT A NEW "CHANGE OF RELIGION" FORM (#04) WOULD BE SUBMITTED. THAT DATE WAS SEPTEMBER 11, 2024. FURTHERMORE, AS OF THE DATE OF THIS WRITING, I HAVE REPEATEDLY BEEN REFUSED JEWISH SERVICES SINCE THE RESUBMISSION OF THE FORM THROUGH GRIEVANCE. IN AN ATTEMPT TO EXCERCISE PATIENCE, I WAITED FOR A FEW WEEKS, WITH STILL NO CHANGE IN MY RELIGIOUS STATUS. ALSO BEING HEBREW, I AM TO RECIEVE A KOSHER DIET, AS PER MY RELIGIOUS DIET PRACTICES. FURTHERMORE, ON OCTOBER 10, 2024, I WAS SERVED UN-COOKED, NON-KOSHER FOODS FOR DINNER, WHICH I SUBMITTED ANOTHER GRIEVANCE FOR: (EXIBIT #2)

PAGE # 02

THE DEFENDANT HAS THEREFORE USED THE SCOPE OF ITS POWER TO VIOLATE MY 1ST AMENDMENT CONSTITUTIONAL RIGHT, TO OPENLY PRACTICE MY RELIGION FREELY. THIS HAS CONTINUED EVEN UNTIL THIS DAY AND NO CHANGE HAS TAKEN PLACE. THIS IS CRUEL AND UNUSUAL TREATMENT ON THE PART OF THE DEFENDANT. THIS IS AN ACT OF "ANTI-SEMITISM". THIS IS A "HATE-CRIME".

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I AM SEEKING A MONITARY RELEIF OF FIVE MILLION DOLLARS -- UNITED STATES CURRENCY $ 5,000,000 / AND THE FREEDOM TO PRACTICE AND EXCERCISE MY RELIGEOUS BELIEFS, WHILE IN CUSTODY OF THE DEFENDANT (NCCC), WITHOUT PREJUDICE OR DISCRIMINATION..

I declare under penalty of perjury that on 10.21.2024 (date), I delivered this complaint to prison authorities at NCCC (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10.21.2024

[signature]
Signature of Plaintiff

NASSAU COUNTY CORRECTIONAL CENTER
Name of Prison Facility or Address if not incarcerated

100 CARMAN AVENUE
EAST MEADOW, NY 11554..

Address

# 2024001655
Prisoner ID#

rev. 12/1/2015

**VERIFICATION**

I, REGINALD DALCIME, being duly sworn, deposes and says:

I am the Petitioner. I have read the foregoing Petition and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

R. Dalcime [SIGNED]

_______________ [TYPED]

Sworn to before me this

21 day of Oct, 2024.

Rob Holmes
Notary Public

ROBERT EMMET HOLMES
Notary Public, State of New York
No. 01HO6371128
Qualified in Nassau County
Commission Expires February 20, 2026

EXHIBIT #1

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

**Facility:** NASSAU COUNTY CORRECTIONS **Housing Location:** B03 B03

**Name of Inmate:** REGINALD DALCIME **Grievance #:** 041-09-24

**Brief Description of the Grievance** ***(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

I AM HEBREW AND I SUBMITTED A CHANGE OF RELIGIOUS STATUS FORM APON DISCOVERING THAT MY STATUS IS CATHOLIC 2 WEEKS AGO. I WOULD LIKE TO ATTEND JEWISH SERVICES BUT EACH TIME I HAVE SIGHNED UP, IT WAS NOT CALLED. I AM NOT CATHOLIC, AND I WOULD LIKE TO SEE THE RABBAI

**Action requested by the grievant (*Submitted by the grievant within 5 days of occurrence*):**
**Number of Additional Sheets Attached ( )**

PLEASE CHANGE MY STATUS TO HEBREW, AND PLEASE CALL JEWISH SERVICES ON THE APPOINTED DAY WHICH IS FRIDAY TO MY KNOWLEDGE.. I REALLY NEED TO SEE THE RABBAI AND I NEED A TORAH AND A TALMUD. SHALOM!

**Grievant Signature:** [signature] **Date/Time Submitted:** 09.06.2024

**Receiving Staff Signature:** [initials] **Date/Time Received:** 9-9-24

**Investigation Completed by:** [initials] **Date Completed:** 9-9-24

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
- ☐ **Grievance Accepted** (checked)
- ☐ **Grievance Denied on Merits**
- ☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
- ☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

The Grievant Can Complete the Request for Change of Religious Status, to be Signed and Approved By the Chaplain/Rabbi for approval. - THE Grievant will be Educated on the Process.

**Signature of the Grievance Coordinator:** I/Cpl. Knight 221 **Date:** 9-11-24

EXIBIT # 2(A) KITCHEN

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

**Facility:** NASSAU COUNTY CORRECTION **Housing Location:** B03 B03

**Name of Inmate:** REGINALD DALCIME. **Grievance #:** 046 - 10- 24

**Brief Description of the Grievance** ***(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached (1)**

I WAS SERVED RAW MEAT ON TODAY! I CANNOT BELIEVE THIS HAS HAPPENED. IT HAS BEEN A CONTINUAL THING WITH MY FOOD AND THIS SEEMS DELIBERATE. MY TRAY IS MARKED B03B03 WHICH IS MY LOCATION AND CELL # AND MY HAMBERGER PATTI WAS SERVED TO ME RAW! WHY!!??

**Action requested by the grievant** ***(Submitted by the grievant within 5 days of occurrence):***
**Number of Additional Sheets Attached ( )**

I AM HEBREW AND I AM SUPPOSED TO BE SERVED KOSHER MEALS. THE JAIL REFUSES TO CHANGE MY RELIGIOUS STATUS FROM THE INCORRECT CATHOLIC STATUS TO MY RELIGION WHICH IS JUDAISM. PLEASE CHANGE MY RELIGIOUS STATUS AND DIET!!

**Grievant Signature:** R. Dalcime **Date/Time Submitted:** 10.04.2024

**Receiving Staff Signature:** Knight **Date/Time Received:** 10/10/2024

**Investigation Completed by:** Knight **Date Completed:** 10/11/2024

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
- ☑ **Grievance Accepted**
- ☐ **Grievance Denied on Merits**
- ☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
- ☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

As per housing and Kitchen log books there are no notations of Anyone sending back food for being undercooked on 10/4/24. If Grievant notices an anomoly with his food tray he must notify floor Corporal immediately in order to get a replacement tray. Any change in religion forms must be signed by chaplain and sent to classification Unit.

**Signature of the Grievance Coordinator:** [signature] 153 **Date:** 10/17/24

EXIBIT #2 (B)

NASSAU COUNTY CORRECTIONAL
REGINALD DALCIME - B03 B03
10.04.2024

GRIEVANCE PAGE # 02
#046-10-24

- I HAVE SUBMITE 03 DIFFERENT CHANGE OF RELIGION FORMS AND YET MY RELIGIOUS STATUS STILL HAS NOT BEEN CHANGED.. MY DIET IS KOSHER, YET I AM BEING SERVED REGULAR DIET TRAYS, WHICH ARE AGAINST MY RELIGION, AND THERE ARE REPEATED OCCOURANCES OF INCIDENTS CONCERNING MY FOOD! I HAVE BEEN SIGHNING UP FOR JEWISH SERVICES EVERY SINGLE FRIDAY AND YET I HAVE NOT BEEN CALLED TO SEE THE RABBAI! NOT EVEN ALLOWED TO HAVE SERVICE IS VERY VEXING! I NEED SOME HELP WITH THIS MATTER BECAUSE I FEEL AS THOUGH I HAVE BEEN DISCRIMINATED AGAINST AND AM BEING TARGETED IN SOME WAY! THIS IS VERY SERIOUS AND I HAVE SOUGHT OUTSIDE INVOLVEMENT FROM MY FAMILY! WE FEEL OUTRAGED BY THIS!!

RDalcime