**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

January 28, 2026

**VIA NYSCEF**
Honorable Judge Steven I. Locke
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Dalcime v. Nassau County Sheriffs Dept., et al., Docket No. **2:24-cv-07908-OEM-SIL**

Dear Judge Locke,

Please be advised that the following attorneys are no longer with the Litigation & Appeals Bureau of Office of the Nassau County Attorney:

**John Carnevale**

As such, we respectfully request that the Court terminate their representation on the docket.

We appreciate the Court's time and attention toward this matter.

Respectfully submitted,

*Steven Dalton*

Steven Dalton, Esq.
Deputy County Attorney

ONE WEST STREET – MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX 516-571-6684